In the Matter of the Opening Up and Laying Out of a Highway across

the ERIE RAILROAD COMPANY'S Tracks, on a Division Line between Lots 13 and 14 in the Town of Hanover, and Known as the Overheiser Road.— Motion for reargument denied, with ten dollars costs; motion for leave to appeal to Court of Appeals denied.